UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY MYERS,

                Plaintiff,

– against –

LIFE ALERT EMERGENCY RESPONSE, INC.,

                Defendant.

**ORDER**

23 Civ. 03609 (ER)

RAMOS, D.J.:

The Court having been advised that the parties have reached agreement on all issues after mediation, the parties are hereby directed to submit their agreement for approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), by no later than October 18, 2023.

It is SO ORDERED.

Dated:   October 4, 2023
            New York, New York

                                                                Edgardo Ramos, U.S.D.J.