# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                    Tel: 718-740-1000
Email: abdul@abdulhassan.com                              Fax: 718-740-2000
*Employment and Labor Lawyer*                       Web: www.abdulhassan.com

**October 25, 2023**

**Via ECF**

Hon. Edgardo Ramos, USDJ                    **MEMO ENDORSED**
United States District Court, SDNY
40 Foley Square,
New York, NY 10007

<u>Re:</u> <u>Myers v. Life Alert Emergency Response, Inc.</u>
          **Case No. 23-CV-03609 (ER)(JLC)**
          **Motion for Extension of Time**

Dear Judge Ramos:

My firm represents Plaintiff Anthony Myers ("Plaintiff") in the above-referenced action, and I respectfully write to request a brief one-week extension of the October 25, 2023, deadline for plaintiff to file his motion for settlement approval. This request is being made because it appears that some additional time is needed to arrange for a fully executed copy of the settlement agreement. One prior request for an extension of this deadline was made and granted.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:     Defense Counsel via ECF**

The request is granted.  Plaintiff shall file the motion for settlement approval by November 1, 2023.  SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: October 26, 2023
New York, New York