# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**  
Email: abdul@abdulhassan.com  
*Employment and Labor Lawyer*

Tel: 718-740-1000  
Fax: 718-740-2000  
Web: www.abdulhassan.com

November 20, 2023

Via ECF

Hon. Edgardo Ramos, USDJ  
United States District Court, SDNY  
40 Foley Square,  
New York, NY 10007

**MEMO ENDORSED**

<u>Re: Myers v. Life Alert Emergency Response, Inc.</u>  
Case No. 23-CV-03609 (ER)(JLC)  
**Motion to Adjourn Conference**

Dear Judge Ramos:

My firm represents Plaintiff Anthony Myers ("Plaintiff") in the above-referenced action, and I respectfully write to request a brief adjournment of the November 28, 2023, status conference. This request is being made because Plaintiff's counsel has a previously scheduled mediation through the Court's program on the same day as the conference, involving six Defendants that was difficult to schedule. I reached out to defense counsel for his position on this request but have not yet heard back and wanted to get the request filed given the upcoming Thanksgiving Holidays. No prior request for an adjournment of this conference was made.

Alternatively, I am available to appear by telephone at the currently scheduled date and time.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan  
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

cc:    Defense Counsel via ECF

---

The conference scheduled for November 28, 2023, at 3:00 p.m. will be held by phone rather than in person. The parties are directed to dial 877-411-9748 and enter access code 3029857# when prompted. SO ORDERED.

Edgardo Ramos, U.S.D.J.  
Dated: November 21, 2023  
New York, New York

1